**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XCENTRIC VENTURES, LLC,

    Plaintiff,

v.

ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM, et al.,

    Defendants.
_____/

No. C 10-80058 SI

**ORDER TO SHOW CAUSE RE: SATISFACTION OF JUDGMENT**

On December 9, 2010, defendant complaintsboard.com filed a request for a court order acknowledging satisfaction of judgment and vacating the Court's order granting a writ of execution. Doc. 26. In support of its request, defendant states that it has satisfied both the judgment and post-judgment costs in this case.

IT IS THEREFORE ORDERED THAT plaintiff show cause in writing on or before **January 10, 2011**, why the Court should not issue an order acknowledging satisfaction of judgment and vacating its order granting a writ of execution.

Dated: December 16, 2010

                                           SUSAN ILLSTON
                                           United States District Judge