1 Erik Syverson (SBN 221933)
PICK & BOYDSTON LLP
2 617 S. Olive Street, Suite 400
Los Angeles, CA 90014
3 Telephone: (213) 624-1996
Facsimile: (213) 624-9073
4

5 Attorneys for Defendant
COMPLAINTSBOARD.COM
6 (erroneously sued AS ELIZABETH ARDEN)

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM, et al.,<br><br>        Defendant. | Case No.: 3:10-mc-80058-SI<br><br>[Honorable Susan Illston, Ctrm. 10]<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING OF DEFENDANT COMPLAINTSBOARD.COM'S OPPOSITION PAPERS TO PLAINTIFF'S MOTION TO ENFORCE PRELIMARY INJUNCTION**<br><br>Date: March 4, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston<br>Dept: Courtroom 10 |

## ORDER

Having considered the Parties' Stipulation and such other matters as the Court deems relevant, and good cause appearing, IT IS HEREBY ORDERED THAT,

Pursuant to the Stipulation, Defendant shall file its Opposition to the Motion to Enforce Permanent Injunction by no later than February 15, 2011. The date to hear Plaintiff's Motion will remain on March 4, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/15/11

*[signature]*

The Honorable Susan Illston
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER