Maria Crimi Speth, (Admitted *Pro Hac Vice*)
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
(602) 248-1000

David S. Gingras, CSB #218793
Gingras Law Office, PLLC
3941 East Chandler Boulevard
#106-243
Phoenix, Arizona 85048
david@gingraslaw.com
Tel.: (480) 668-3623
Fax: (480) 248-3196

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XCENTRIC VENTURES, LLC., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM; et al.<br><br>Defendants. | Case No: 3:10-mc-80058-SI<br><br>**PROPOSED ORDER RE: STIPULATION AND REQUEST FOR COURT ORDER EXTENDING DEADLINE FOR FILING OF PLAINTIFF'S REPLY TO DEFENDANT COMPLAINTSBOARD.COM'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Hearing Date:  **March 4, 2011**<br>Time:           **9:00 a.m.**<br>Courtroom:   **10** |

Having considered the parties' Stipulation and such other matters as the Court deems relevant, and good cause appearing, IT IS HEREBY ORDERED THAT,

Pursuant to the Stipulation, Plaintiff shall file its Reply to Defendant Complaintsboard.com's Opposition to Plaintiff's Motion to Enforce Preliminary Injunction by no later than February 25, 2011. The date to hear Plaintiff's Motion will remain on March 4, 2011.

**PROPOSED ORDER**                                                                 **3:10-mc-80058-SI**

10297-44/MCS/DAG/869749_v1

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/28/11    *Susan Illston* (signature)

**PROPOSED ORDER**

**3:10-mc-80058-SI**

2

10297-44/MCS/DAG/869749_v1